NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRIAN HERNANDEZ-VARGAS,           )
DOC #Y63493,                      )
                                  )
            Appellant,            )
                                  )
v.                                )
                                  )   Case No.  2D17-4373
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____    )

Opinion filed September 5, 2018.

Appeal from the Circuit Court for Lee
County; Ramiro Mañalich, Judge.

Howard E. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


KELLY, MORRIS, and SLEET, JJ., Concur.